THE STATE for the use of OAK GROVE TOWNSHIP *v.* HOLTON and Another, Auditor and Treasurer of Benton County.

APPEAL from the *Benton* Circuit Court.

*Per Curiam.*—This was a complaint against *Holton* and *Howard*, the treasurer and auditor of *Benton* county, for an injunction to prohibit said officers from paying over to the treasurer of state the interest arising from the sale of certain congressional school sections, for distribution under the school law of 1852. Demurrer to the complaint sustained.

The sustaining of the demurrer is the only error assigned. But the record presents no exception to the rulings of the Circuit Court; hence the cause is not properly before us.

The appeal is dismissed.

*H. W. Chase* and *J. A. Wilstach*, for the state.

*J. R. M. Bryant*, for the appellees.